■ The People of the State of New York, Respondent, v Sherrell Williams, Appellant. (Appeal No. 2.) [992 NYS2d 655]— Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered September 15, 2008. The judgment convicted defendant, upon his plea of guilty, of identity theft in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Williams* ([appeal No. 1] 120 AD3d 1526 [2014]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.